**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Wayne Ladrell WARREN, a/k/a Stink, Defendant—Appellant.**

No. 09–7278.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2009.

Decided: Oct. 8, 2009.

Wayne Ladrell Warren, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Ladrell Warren appeals the district court's order denying his motion for reduction of sentence, 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Warren,* No. 4:00–cr–00026–H–1 (E.D.N.C. July 2, 2009). We deny the motion for appointment of counsel and dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*